IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02544-REB-MEH

REBECCA RYAN,

    Plaintiff,

v.

REX HARRIS, and
HARRIS & ASSOCIATES, LLC,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is plaintiff's **Notice of Dismissal** [#20], filed April 2, 2008. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal** [#20], filed April 2, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for March 20, 2009, is **VACATED**;

3. That the trial to the court set to commence March 23, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE**.

Dated April 2, 2008, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**